# UNITED STATES DISTRICT COURT
## District of Minnesota

**Children's Health Care** *doing business as* Children's Hospitals and Clinics of Minnesota, **Gillette Children's Specialty Healthcare**

                Plaintiff(s),

v.

**Centers for Medicare and Medicaid Services, the, Thomas Price** *in his official capacity, Secretary, Department of Health and Human Services,* **Patrick Conway** *in his official capacity, Acting Administrator, Centers for Medicare and Medicaid Services*

                Defendant(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 16-cv-4064 (WMW/DTS)

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Plaintiffs' motion for summary judgment, (Dkt. 34), is GRANTED IN PART with respect to Count II of the second amended complaint as provided herein.

2. FAQ 33 is VACATED as procedurally invalid, and Defendants are permanently enjoined from enforcing FAQ 33. Defendants shall follow the relevant policies and procedures in effect before Defendants issued FAQ 33 unless and until those policies and procedures are replaced by an enforceable and properly promulgated regulation.

3. Plaintiffs' motion for summary judgment, (Dkt. 34), is DENIED IN PART as moot

with respect to Count I of the second amended complaint, and Count I of the second amended complaint is DISMISSED WITHOUT PREJUDICE.

    4.   Defendants' motion to dismiss or, in the alternative, for summary judgment, (Dkt. 43), is DENIED.

| Date: June 27, 2017 | RICHARD D. SLETTEN, CLERK |
|---|---|
| | s/L. Brennan |
| | (By)  L. Brennan , Deputy Clerk |