Children's Health Care, doing business as Children's Hospitals and Clinics of Minnesota; Gillette Children's Specialty Healthcare

Plaintiffs - Appellees

v.

Centers for Medicare and Medicaid Services; Seema Verma, Administrator of the Centers for Medicare and Medicaid Services, in her official capacity; Alex M. Azar, II, Secretary of Health and Human Services, in his official capacity

Defendants - Appellants

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:16-cv-04064-WMW)
_____

**JUDGMENT**

Before WOLLMAN, ARNOLD and KELLY, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

August 20, 2018

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans